IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:13CR490 |
| | ) | |
| Plaintiff, | ) | JUDGE LIOI |
| | ) | |
| v. | ) | |
| | ) | |
| PETRO MARTYNOVSKYY, INNA MELNYK, | ) | MOTION TO UNSEAL |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now comes the United States of America, by and through counsel, Steven M. Dettelbach, United States Attorney, and Matthew B. Kall, Assistant United States Attorney, and respectfully moves this Court for an order unsealing the Indictment in this matter. Defendants are believed to be residents of Ukraine. In order to obtain the assistance of foreign law enforcement authorities for a provisional arrest warrant, it is necessary to provide copies of the Indictment and Arrest Warrants to foreign law enforcement authorities.

Therefore, the government respectfully requests that this Court unseal the Indictment and all other matters associated with this case.

A proposed order granting this motion is attached hereto.

                                        Respectfully submitted,

                                        STEVEN M. DETTELBACH
                                        United States Attorney

By:    /s/ Matthew B. Kall
           Matthew B. Kall (NY: 3003738)
           Assistant United States Attorney
           United States Court House
           801 West Superior Avenue, Suite 400
           Cleveland, OH 44113
           (216) 622-3915
           (216) 522-8355 (facsimile)
           Matthew.B.Kall@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on this 14th day of April 2014 a copy of the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

                                                                                /s/ Matthew B. Kall
                                                                                Matthew B. Kall
                                                                                Assistant U.S. Attorney